# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE CANNON** | : | **CIVIL ACTION** |
| f/k/a **CHRISTINE OLLEY**, individually, | : | |
| and on behalf of all other similarly | : | |
| situated consumers | : | |
| | : | |
| v. | : | |
| | : | |
| **LAVERTY LAW OFFICES** | : | **NO. 20-4400** |

## ORDER

**NOW**, this 10th day of December, 2020, upon consideration of the plaintiff's failure to serve the Summons and Complaint and to respond to the notice sent to counsel dated November 9, 2020 (Document No. 2), it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.